# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139386

MARSHALL E. MUNGER,
      Plaintiff-Appellant,

v

      SC: 139386
      COA: 284574
      Genesee CC: 07-087405-CZ

TRANSGUARD INSURANCE COMPANY
OF AMERICA, INC.,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 18, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

p1116